The People of the State of Illinois, plaintiff in error, v. Harold Kinnish, defendant in error. Gen. No. 37,785.

Opinion filed June 28, 1935.

Thomas J. Courtney, State's Attorney, for plaintiff in error; Edward E. Wilson and Amos P. Scruggs, Assistant State's Attorneys, of counsel. Irving Goodman, for defendant in error.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois, plaintiff in error, v. Harold Kinnish, defendant in error. Gen. No. 37,786.

Opinion filed June 28, 1935.

Thomas J. Courtney, State's Attorney, for plaintiff in error; Edward E. Wilson and Amos P. Scruggs, Assistant State's Attorneys, of counsel. Irving Goodman, for defendant in error.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Mattie Lee McCant, appellee, v. Edward E. Pressler, appellant. Gen. No. 37,868.

Opinion filed June 28, 1935.

Getz & Getz and Arthur Abraham, for appellant. No appearance for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Weightstill Woods, appellant, v. Village of LaGrange Park, appellee. Gen. No. 37,923.

Opinion filed June 28, 1935.

Weightstill Woods, pro se. B. W. Rosenstone, for appellant; Granville A. Stultz and Richard H. Woods, of counsel. Stevens, Carrier & Griffith, for appellee; George M. Stevens and Melvin L. Griffith, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Wanda Orlowski, appellant, v. E. J. Caine, appellee. Gen. No. 37,927.